# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>FABIO JOSUE CAMPOS-OLIVA,<br>  aka "Black Chivita,"<br><br>        Defendant. | Case No. 20-CR-2240-DMS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    This matter comes before the Court on the parties' Joint Motion to Continue Motion Hearing. Upon reviewing the Joint Motion and good cause appearing,

    IT IS HEREBY ORDERED that the Motion Hearing set for June 17, 2022 at 11:00 a.m. be continued to August 5, 2022 at 11:00 a.m.

    IT IS FURTHER ORDERED that the time between June 17, 2022 and August 5, 2022 be excluded under the Speedy Trial Act for the reasons set forth in the parties' Joint Motion, including the ongoing and voluminous nature of discovery in this case. The Court finds that for the reasons set forth in the Joint Motion, the ends of justice outweigh the defendant's and public's right to more expeditious trial. 18 U.S.C. § 3161(h)(7)(B)(i), (ii) and (iv).

    SO ORDERED.

Dated: June 14, 2022

                                           HON. DANA M. SABRAW
                                           Chief United States District Judge